Moot in light of the superseding indictment.
R.A. Stearns DJ 7-12-17

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 16-CR-10350-RGS

UNITED STATES OF AMERICA

v.

MAXIMO RODRIGUEZ,
Defendant.

MOTION TO DISMISS

Defendant Maximo Rodriguez, by his attorney, hereby moves this Court to dismiss count two of the indictment in the above-captioned case on the ground that the indictment fails to state an offense for the following reasons:

1. On December 8, 2016, defendant was indicted for "conspiracy to attempt to possess with intent to distribute cocaine," pursuant to 21 U.S.C. § 846.

2. Under Federal Rule of Criminal Procedure 12(b)(2), a claim that an information fails to state an offense "shall be noticed by the court at any time during the pendency of the proceedings . . . even if first raised by a defendant on appeal or by a court of appeals *sua sponte*." United States v. Saade, 652 F.2d 1126, 1133 (1st Cir. 1981)

3. In United States v. Meacham, 626 F.2d. 503, 509 (5th Cir. 1980), the court held that 21 U.S.C. § 846 does not authorize "conspiracy to attempt" prosecutions. The court