UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 16-CR-10350-RGS

UNITED STATES OF AMERICA

v.

MAXIMO RODRIGUEZ,
Defendant.

### DEFENDANT'S MOTION IN LIMINE TO REQUIRE THE GOVERNMENT TO ELECT BETWEEN CONSPIRACY AND ATTEMPT COUNTS

Defendant Máximo Rodriguez, by his attorney, hereby moves this Court to require that the government elect between prosecuting defendant on Count 1, charging him with conspiracy to possess with intent to distribute, and to distribute, cocaine, or prosecuting him on Count 2, charging him with attempt to possess with intent to distribute cocaine, on the ground that both counts are charged under the same statute, 21 U.S.C. § 846, and the alleged conduct, date of offense, and participants in each count are identical. This Court should exercise its discretion to require such an election in order to avoid confusing the issues and misleading the jury.

Denied. The government is entitled to try a properly returned/ratified grand jury indictment to its full extent. R/M Stearns DJ 2-16-18

1

Respectfully submitted,

s/Jonathan Shapiro
Jonathan Shapiro
BBO No. 454220
Shapiro Weissberg & Garin LLP
90 Canal Street, Suite 500
Boston, MA 02114
617-742-5800

Certificate of Service

This is to certify that the foregoing document, filed through the ECF system, has been served electronically on the registered participants identified on the Notice of Filing on February 8, 2018.

s/Jonathan Shapiro
Jonathan Shapiro

2