UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 16-CR-10350-RGS

UNITED STATES OF AMERICA

v.

MAXIMO RODRIGUEZ,
Defendant.

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE
OVERVIEW OR SUMMARY TESTIMONY**

Defendant Máximo Rodriguez, by his attorney, hereby moves this court to preclude the government from introducing overview testimony or summary testimony at trial. The First Circuit, in United States v. Flores-de-Jesus, 569 F.3d 8, 19-20 (1st Cir. 2009), noted that "[s]uch overview testimony is almost certain to be rife with hearsay[,]" and expressed its disfavor with allowing "the government an additional opportunity to present its case in a tidy package at the end of its presentation of evidence, even when the summary evidence is, by definition, completely consistent with the rest of the trial record." Indeed, "the imprimatur problem with such repetitive testimony is inescapable whether that testimony comes at the beginning or end of the government's case." Id.

Therefore, defendant requests that this court exclude testimony "[a]bsent a basis in personal knowledge," and all

1

[Handwritten margin note: Denied to the extent that such testimony is based on the witnesses' personal knowledge, but not to such upon opinion regarding the defendants' state of mind with respect to authenticity. See U.S. v. Rose, 802 F.3d 114, 121 (1st Cir. 2015) RJStearns DJ 2-16-18.]

testimony by law enforcement which "offer[s] substantive testimony about the nature of the conspiracy or the involvement of particular defendants," (Id.), or generally "express[es] opinions as to defendants' culpability based on the totality of information gathered in the course of their investigation[.]" Id. (quoting United States v. Garcia, 413 F.3d 201, 211 (2d Cir. 2005)).

Respectfully submitted,

s/Jonathan Shapiro
Jonathan Shapiro
BBO No. 454220
Shapiro Weissberg & Garin LLP
90 Canal Street, Suite 500
Boston, MA 02114
617-742-5800

Certificate of Service

This is to certify that the foregoing document, filed through the ECF system, has been served electronically on the registered participants identified on the Notice of Filing on February 13, 2018.

s/Jonathan Shapiro
Jonathan Shapiro